IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DEREK GLEN AND GARRETT VANDERHEIDES AS OWNERS OF 1989 WELLCRAFT 30 SCARAB PANTHER FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY | 8:22CV430<br><br>ORDER TO SHOW CAUSE |

On February 14, 2023, after reviewing the docket and the petitioners' Complaint (Filing No. 1), the Court entered an Order outlining the procedures and requirements governing actions brought by vessel owners under the Limitation of Liability Act. (Filing No. 9). After its review, the Court ordered Petitioners to, on or before March 20, 2023, (1) provide the Court with notice of compliance with 46 U.S.C. § 30501(b)(1) and Fed. R. Civ. P. Supp. Adm. R. F(1)(a) regarding the requirement to provide security; and (2) provide relevant information regarding any notice of written claims, potential claims, or demands stemming from the incident in question, and any other information required by Fed. R. Civ. Supp. Adm. R. F(2). The Court warned Petitioners that failure to timely comply with its Order may result in dismissal of this action. To date, Petitioners have taken no further action in this case. Accordingly,

**IT IS ORDERED:** Petitioners shall have until **April 21, 2023**, to show cause why this case should not be dismissed for failure to comply with the Court's Order and the requirements of the Limitation of Liability Act, 46 U.S.C. § 30501(b)(1), and the Supplemental Rule F of Admiralty and Maritime Claims, or take other appropriate action.

Dated this 29th day of March, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge